B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Louisiana

In re  Glen Edward Knighten and Jewel Ann Knighten ,  Case No.  16-31799

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MTGLQ Investors, LP | Towd Point Master Funding Trust REO, by U.S. Bank Trust National Association, as Trustee |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708
Phone:  888-504-6700
Last Four Digits of Acct #:  6216

Court Claim # (if known):  6
Amount of Claim:  $203,518.82
Date Claim Filed:  04/03/2017

Phone:  1-800-258-8602
Last Four Digits of Acct. #:  7169

Name and Address where transferee payments should be sent (if different from above):
Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619-2708
Phone:  888-504-6700
Last Four Digits of Acct #:  6216

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jason R. Smith                       Date: 11/13/2017
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN RE:  GLEN EDWARD KNIGHTEN                     CASE NO. 16-31799
        JEWEL ANN KNIGHTEN                       CHAPTER 13

## CERTIFICATE OF SERVICE

I, Jason R. Smith, hereby certify that I have notified the following interested parties of the Transfer of Claim Other Than for Security filed by MTGLQ INVESTORS, LP, as reflected on the foregoing notice, to-wit:

| | |
|---|---|
| Glen Edward Knighten<br>Jewel Ann Knighten<br>296 Timber Way<br>Monroe, LA 71203 | E. Eugene Hastings<br>Trustee<br>P.O. Box 14839<br>Monroe, LA 71207 |
| Elijah Orum Young, III<br>200 Washington St.<br>Monroe, LA 71201 | Office of the U.S. Trustee<br>300 Fannin Street<br>Suite 3196<br>Shreveport, LA 71101 |

by mailing this notice and a copy of the Transfer of Claim Other Than for Security filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this the 13th day of November, 2017.

DEAN MORRIS, L.L.C.
1820 Avenue of America
P.O. Box 15270
Monroe, LA  71207-5270
(318) 388-1440

/S/Jason R. Smith
ATTORNEY FOR CREDITOR